UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 13 B 46568 |
|---|---|
| Nadia P Peck | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/04/2013.

2) The plan was confirmed on 02/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/23/2014, 02/23/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/09/2014, 01/08/2015, 05/20/2015.

5) The case was Dismissed on 07/06/2015.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,240.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,240.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,116.33 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $123.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,240.00

Attorney fees paid and disclosed by debtor:      $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A Taste of California | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| A Taste of California | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| A Taste of California | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| A Taste of California | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 128.97 | NA | NA | 0.00 | 0.00 |
| AIT | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Alegis Group | Unsecured | 342.20 | NA | NA | 0.00 | 0.00 |
| Allerial Company | Unsecured | 143.44 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 904.87 | 718.74 | 718.74 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 494.00 | 485.54 | 485.54 | 0.00 | 0.00 |
| Americash Loans | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 364.29 | 364.29 | 0.00 | 0.00 |
| Avon | Unsecured | 939.21 | NA | NA | 0.00 | 0.00 |
| Bath & Body Works | Unsecured | 191.27 | NA | NA | 0.00 | 0.00 |
| Bk Of Amer | Unsecured | 6,577.00 | NA | NA | 0.00 | 0.00 |
| Blockbuster | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Blockbuster | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Brennan & Clark Ltd. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Brennan & Clark Ltd. | Unsecured | 203.61 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 0.00 | 684.85 | 684.85 | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 0.00 | 1,585.30 | 1,585.30 | 0.00 | 0.00 |
| carson pirie scott | Unsecured | 1,243.20 | NA | NA | 0.00 | 0.00 |
| Cba | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Certesy | Unsecured | 173.05 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 268.34 | NA | NA | 0.00 | 0.00 |
| Check Rite | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,500.00 | 4,005.37 | 4,005.37 | 0.00 | 0.00 |
| City of Chicago Parking | Unsecured | 982.28 | NA | NA | 0.00 | 0.00 |
| Collection Buruea of America | Unsecured | 118.09 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Columbia House | Unsecured | 213.43 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 934.35 | 1,346.80 | 1,346.80 | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Country Bank of Rehoboth Beach | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| CPS | Unsecured | 255.53 | NA | NA | 0.00 | 0.00 |
| Cross Check Inc | Unsecured | 0.00 | 274.43 | 274.43 | 0.00 | 0.00 |
| Dental Profile of Hyde Park | Unsecured | 262.60 | NA | NA | 0.00 | 0.00 |
| Discover Card | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| District Counsel | Unsecured | 736.02 | NA | NA | 0.00 | 0.00 |
| Dominck Finer Foods | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Dr. Jerome James | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| Empress Casino Hammond | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Eos / Cca | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| FDS National Bank | Unsecured | 1,046.86 | NA | NA | 0.00 | 0.00 |
| First National Bank | Unsecured | 3,265.10 | NA | NA | 0.00 | 0.00 |
| Highland Park Hospital | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc (Original Creditor:At T | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 301.00 | 140.17 | 140.17 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 273.26 | 444.21 | 444.21 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 393.74 | 929.49 | 929.49 | 0.00 | 0.00 |
| Illinos Valley Radioligists | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 800.00 | 13,336.85 | 13,336.85 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 370.94 | 370.94 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 494.99 | 494.99 | 0.00 | 0.00 |
| Keynote Cons | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |
| Marshall Salon | Unsecured | 96.95 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Merchant Direct | Unsecured | 22.95 | NA | NA | 0.00 | 0.00 |
| Metra Ticket Collection | Unsecured | 118.15 | NA | NA | 0.00 | 0.00 |
| Michael Reese Hospital | Unsecured | 106.80 | NA | NA | 0.00 | 0.00 |
| Michigan Guaranty Agency | Unsecured | 0.00 | 2,253.17 | 2,253.17 | 0.00 | 0.00 |
| Microsoft | Unsecured | 65.85 | NA | NA | 0.00 | 0.00 |
| Millenium Cr | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| My Cash Time.Com | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 26.85 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 725.96 | NA | NA | 0.00 | 0.00 |
| Nordstrom | Unsecured | 463.95 | NA | NA | 0.00 | 0.00 |
| Penn Credit ( | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 144.00 | 89.34 | 89.34 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Pier 1 Imports | Unsecured | 130.53 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 524.00 | 524.99 | 524.99 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 997.00 | 997.90 | 997.90 | 0.00 | 0.00 |
| QCS | Unsecured | 299.43 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 256.18 | 209.52 | 209.52 | 0.00 | 0.00 |
| Ret Ntl Bk/target | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| ROI Services, Inc | Unsecured | 660.94 | NA | NA | 0.00 | 0.00 |
| Sallie Mae, INC | Unsecured | 1,369.50 | NA | NA | 0.00 | 0.00 |
| Sm Servicing | Unsecured | 3,341.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday.com | Unsecured | 498.59 | NA | NA | 0.00 | 0.00 |
| State Farm Insurance Co. | Unsecured | 946.91 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| The Hartford | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Tiburon Financial LLC | Unsecured | 2,197.00 | NA | NA | 0.00 | 0.00 |
| Timothy Liou | Unsecured | 665.83 | NA | NA | 0.00 | 0.00 |
| University of ChicagoPhysicians | Unsecured | 157.60 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village of South Holland | Unsecured | 44.12 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 623.01 | NA | NA | 0.00 | 0.00 |
| Zalutsky & Pinski Ltd | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,266.34 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,266.34** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,990.55** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,240.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$3,240.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/09/2015                                    By: /s/ Marilyn O. Marshall
                                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**